May Cummings, appellee, v. Maggie C. Windham, appellant. Gen. No. 33,645.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Henry C. Ferguson, for appellant; A. G. Rosenbaum, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Edmund P. Tuohy et al., executors of the estate of Joseph A. McInerney, deceased, defendants in error, v. Henry Ullrich, plaintiff in error. Gen. No. 33,648.

Opinion filed December 31, 1929.

Harold O. Mulks, for plaintiff in error. McInerney & Power, pro se, for defendants in error.

Mr. Justice Scanlan delivered the opinion of the court.

Thomas J. Cooney, defendant in error, v. G. H. Scholz, plaintiff in error. Gen. No. 33,670.

Opinion filed December 31, 1929.

Edgar H. Deets and Henry J. Gibbs, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.